

New

STATE OF OKLAHOMA
Comanche County
FILED in the
Office of the Court Clerk

MAR 09 2021

By_____ BH
                Deputy

# IN THE DISTRICT COURT OF COMANCHE COUNTY
## STATE OF OKLAHOMA

| | | |
|---|---|---|
| ANNA FLAHERTY, | ) | *Jury Trial Demanded |
| *Plaintiff,* | ) | *Attorney Lien Claimed |
| v. | ) | Case No. CJ-2021-85 |
| TARGET STORES, | ) | |
| *Defendant.* | ) | |

## PLAINTIFF'S ORIGINAL PETITION

COMES NOW the plaintiff, by and through her attorneys of record, to file this original petition.

### INTRODUCTION

1. This is a civil action for the personal injuries suffered by Anna Flaherty on September 21, 2019 while she was shopping at a Target located in Lawton, Oklahoma against Target Stores (hereinafter referred to as "Target").

### PARTIES

2. Anna Flaherty is an individual, she is a resident of Comanche, Oklahoma, and she may be served with process through her attorneys of record.

3. Target is a foreign for-profit corporation formed under the laws of the State of Minnesota, with its principal place of business in Minneapolis, Minnesota, and it may be served with process through its registered Agent: The

EXHIBIT 1

Corporation Company at the following address: 1833 S. Morgan Rd., Oklahoma City, Oklahoma 73128.

## JURISDICTION & VENUE

4. The acts/omissions of Defendant, which give rise to Plaintiff's claims, occurred in Comanche County, Oklahoma.

5. Plaintiff seeks monetary damages in excess of $75,000.

## FACTUAL ALLEGATIONS & PREMISES LIABILITY

6. At all times material hereto, Plaintiff alleges any acts and/or omissions done by Defendant were done by its agents/employees while acting on behalf of Defendant and under their various scopes of agency/employment.

7. Defendant is a business that invites patrons, such as Anna Flaherty, in for the mutual benefit of its patrons and for Target.

8. On or around September 21, 2019, there was a spill on the floor of one of the aisles in Defendant's Store located at 2030 NW 82nd Street, in Lawton, Oklahoma.

9. Said aisle is an area on Defendant's premise where it can reasonably expect customers to go.

10. The spill created a hazardous condition for Anna Flaherty and other Target customers.

EXHIBIT 1

11. Target either knew of the dangerous condition, should have discovered the dangerous condition by exercising reasonable care, or created the dangerous condition.

12. On or around September 21, 2019, Anna Flaherty was at Target.

13. Anna Flaherty was unaware of the dangerous condition on Defendant's floor.

14. Target did not did not warn of the dangerous condition, nor did Target make the dangerous condition safe.

15. Anna Flaherty slipped on the dangerous condition and sustained severe personal injuries.

16. Such acts/omissions by Defendant constitute negligence.

## DAMAGES

17. As a result of Defendant's conduct, Plaintiff sustained severe personal injuries and has incurred the following damages:

a. Expenses for medical care, treatment, and services in the past;

b. Expenses for medical care, treatment, and services that will probably be incurred in the future;

c. Past pain and suffering;

d. Pain and suffering that will probably continue;

e. Past mental anguish;

EXHIBIT 1

f.  Mental anguish that will probably continue;

g.  Physical impairment;

h.  Physical disfigurement;

i.  and Any other damages to which Plaintiff is legally entitled.

18. Furthermore, Defendant's acts/omissions were in reckless disregard for the rights and safety of its patrons and was either aware, or did not care, that its conduct would cause serious injury to one of its patrons. Thus, Plaintiff is entitled to punitive damages under 12 O.S. § 9.1.

## JURY TRIAL DEMAND

19. Plaintiff hereby demands a trial by jury pursuant to the Federal and Oklahoma Constitutions.

## PRAYER FOR RELEIF

WHEREFORE, PREMISES CONSIDERED:

Plaintiff respectfully prays this Court require Defendant to appear and answer and that judgement be entered against Defendant for the following relief:

a.  Economic damages;

b.  Compensatory damages;

c.  Punitive damages;

d.  Court costs;

e.  The maximum amount of pre-judgement interest allowed by law;

f.  The maximum amount of post-judgment interest allowed by law; and

g.  Any other relief to which Plaintiff is entitled.

Respectfully Submitted,

ZELBST HOLMES &BUTLER

_____
John P. Zelbst, OBA # 9991
P.O. Box 365
Lawton, Oklahoma 73502-0365
Tel 580-248-4844
Fax 580-248-6916
zelbst@zelbst.com
*Attorney for Plaintiff*

Page 5 of 5

**EXHIBIT 1**